IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Crim. No. 98-03 Erie |
| | ) | |
| | ) | |
| CARL ANTHONY KNIGHT | ) | |

## MEMORANDUM ORDER

Presently before the Court is Carl Anthony Knight's Petition to Correct Simple Clerical Errors (ECF No. 236), in which he requests that his Judgment and Commitment Orders be corrected to add an additional statute, 18 U.S.C. § 2, which appears across from the caption in the Indictment and in the Superseding Indictment. Mr. Knight was found guilty by a jury of conspiracy to distribute a mixture and substance containing a detectable amount of cocaine base in violation of 21 U.S.C. § 846, as charged in Count 1. He was not charged with violating 18 U.S.C. § 2; however, in Counts 3 through 7, his co-defendants were so charged. Therefore, there is no error to correct and we will deny the petition.

AND NOW, to-wit, this __10th__ day of September, 2013, it is hereby ORDERED, ADJUDGED, and DECREED that the Petition to Correct Simple Clerical Errors (ECF No. 236) be and hereby is DENIED.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge

cc: Carl Anthony Knight
No. 10725-068
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887